JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/11)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Middlesex          **Category No.** II          **Investigating Agency** FBI

**City** _____

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   25-4305-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____     ☐ Yes  ☑ No

Defendant Name   Essam Meawad                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:   Cherry Hill, New Jersey

Birth date (Yr only): 1991     SSN (last 4#): 8283     Sex: M     Race _____     Nationality: _____

**Defense Counsel if known:**   Alice Purple          Address:   419 Moody St

Bar Number: _____                    Waltham, MA 02453

**U.S. Attorney Information**

AUSA:   Luke Goldworm          Bar Number if applicable: _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**   In state custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at   Middlesex HOC          ☐ Serving Sentence     ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/14/2026          Signature of AUSA:   _Eric L. Hawkins_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Essam Meawad

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2251(a) | Sexual Exploitation of Children | 1, 2 |
| Set 2 | 18 USC 2423(b) | Travel With Intent to Engage in Illicit Sexual Conduct | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013